IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | PO 18-5002-BLG-TJC |
|---|---|
| Plaintiff, | Violation No. F4863662<br>Location Code: M6H |
| vs. | |
| GREYSON R. DOWNES, | **ORDER** |
| Defendant. | |

Upon review of the docket and good cause appearing,

IT IS HEREBY ORDERED that the payment received on January 19, 2018, shall be accepted as payment in full for the Forfeiture Amount and Processing Fee associated with Violation No. F4863662 issued to Greyson R. Downes on September 1, 2017.

IT IS FURTHER ORDERED that the Violation Notice is deemed fully adjudicated and the warrant issued on January 18, 2018, for Greyson R. Downes regarding Violation No. F4863662 shall be QUASHED

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 19th day of January, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1